159 So. 912

## Tom B. SMITH v. STATE.
### 8 Div. 633.

Supreme Court of Alabama.
Jan. 17, 1935.

Rehearing Denied Feb. 21, 1935.

See, also, Smith v. State, 229 Ala. 207, 157 So. 874.

Bradshaw & Barnett, of Florence, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., opposed.

PER CURIAM.

Petition of Tom B. Smith for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Smith v. State, 157 So. 872.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.

---

### 2

161 So. 926

## STORY–BLOW LBR. CO. et al. v. W. S. STORY.
### 3 Div. 113.

Supreme Court of Alabama.
May 7, 1935.

PER CURIAM.

Appeal dismissed by appellant.

---

### 3

159 So. 912

## Addie TRAMMELL v. Ernest T. TRAMMELL.
### 6 Div. 484.

Supreme Court of Alabama.
March 15, 1935.

J. Edgar Bowron and Crampton Harris, both of Birmingham, for appellant.

Mullins & Deramus, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by appellant.